RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 1 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FIRSTKEY HOMES, LLC
P.O. BOX 451027
ATLANTA, GA. 31145

**Plaintiff,**

Vs.

RUBY YAMINI
811 Lake Chase
Fairburn, GA. 30213

TRACY EDANS

**Defendant,**

**Petitioner**
Intervener pursuant to OCGA 9-11-24

FEDERAL COURT
CASE NO.

**1:22-CV-0581**

Cross Reference to
Fulton County Case
No. **22ED206839**

AMENDED
**PETITION FOR REMOVAL OF ACTION**
WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action.

COMES NOW RUBY YAMINI, petitioner as above stated and petitions this court for removal of action from the Magistrate Court of Fulton County.

This petition is set forth on the following grounds;

1.

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A. 51-1-6.

2.

The Magistrate Court of Fulton County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

3.

The Magistrate Court of Fulton County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

.

WHEREFORE the Petitioner demands the following relief

1. This honorable Court remove this case from the Magistrate Court of Fulton County.
2. This honorable Court afford adequate discovery.
3. This honorable Court Prelief this Court deems just and proper.

**VERIFICATION**
**(Affidavit)**

The undersigned Affiant Ruby Yamini Defendant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

*[signature]*
Petitioner
Ruby Yamini
811 Lake Chase
Fairburn, GA. 30213
Pro Se

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 11 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FIRSTKEY HOMES, LLC
P.O. BOX 451027
ATLANTA, GA. 31145

**Plaintiff,**

**FEDERAL COURT CASE NO.**

Vs.

RUBY YAMINI
811 Lake Chase
Fairburn, GA. 30213

**Cross Reference to Fulton County Case No. 22ED206839**

CERTIFICATE OF SERVICE

I Ruby Yamini will be serving a copy of this REMOVAL to the Plaintiff via U.S. Mail.

FIRSTKEY HOMES, LLC
P.O. BOX 451027
ATLANTA, GA. 31145

_/s/ Ruby Yamini_
Ruby Yamini
Pro Se

This is the 11th day of February 2022

291340

**MAGISTRATE COURT OF FULTON COUNTY, STATE OF GEORGIA**
PROCEEDING AGAINST TENANT HOLDING OVER

AMENDMENT

Fulton County Magistrate Cour
***E-FILED***ATV
Date: 1/20/2022 9:44 AM
Cathelene Robinson, Clerk
22ED206839

**Dispossessory Division**
185 Central Avenue, SW TG100
Atlanta, Georgia 30303
(404) 613-5360
www.magistratefulton.org

FirstKey Homes LLC

PO Box 451027
Atlanta GA 31145

PLAINTIFF'S NAME/ADDRESS/PHONE/EMAIL

V.
Ruby Yamini and all others

811 Lake Chase
Fairburn GA 30213
DEFENDANT'S NAME & ADDRESS

CASE # 22ED206839

Elizabeth Cruikshank, ESQ   #215235

PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated above.
2. Affiant is the  ☐ Owner   ☐ Attorney   ☒ Agent   ☐ Tenant of the owner of said premises.
3. Defendant   ☒ fails to pay the rent which is now past due.
   ☐ holds the premises over and beyond the term for which they rented to him.
   ☐ no longer has permission to remain in the premises.
   ☐ other grounds: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

**WHEREFORE,** Plaintiff DEMANDS
   (a) Possession of the premises.
   (b) Past due rent of $ 7520.32 for the month(s) OCT, NOV, DEC, JAN
   (c) Rent accruing up to the date of judgement of vacancy at the rate of $ 2045.00 per Month
   (d) Other: See attached

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

/s/ Phil Thomas                                                  1/20/2022
PLAINTIFF(S) or AFFIANT                                          DATE           PHONE NUMBER / EMAIL ADDRESS

### SUMMONS

TO: THE MARSHAL of the Magistrate Court of Fulton County or his lawful deputies:

GREETINGS: The tenant must file either an online (www.AnswerDispo.com), oral or written Answer at Room TG100, 185 Central Avenue, SW, Atlanta, Georgia, 30303 between 8:30AM and 5:00PM within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit, The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53. If no Answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto.

This _____ day of 1/20/2022 9:44 AM

DEPUTY CLERK

### PRIVATE PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same:
☐ PERSONALLY  ☐ DEFENDANT NOT FOUND AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
☐ NOTORIOUSLY (NAME) _____ Age ___ Wt. ___ Ht. ___
☒ TACK & MAIL. Posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant(s) to answer at the hour and place in said summons.

DATE OF SERVICE: Feb 5, 2022                     DEFENDANT TO ANSWER ON OR BEFORE: Feb 13, 2022

PROFESSIONAL PROCESS SERVER                      NOTARY

### ANSWER

To file your answer online visit www.AnswerDispo.com and enter your case number. All Answers must be electronically filed by 11:59PM on or before the last day to answer this summons. A service charge applies for online answers. No service charge applies to answers made written or orally at the courthouse.